BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
JOHN D. ELLIS (Cal. Bar No. 322922)
Assistant United States Attorney
Domestic Security & Immigration Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-2468
    Facsimile:  (213) 894-0141
    E-mail:  john.ellis3@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALBERTO SANDOVAL-ALVARADO,<br><br>    Defendant. | No. 2:25-MJ-3547-DUTY<br><br>STIPULATION RE FILING OF INFORMATION OR INDICTMENT PURSUANT TO SPEEDY TRIAL ACT |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney John D. Ellis, and defendant Alberto Sandoval-Alvarado ("defendant"), by and through his counsel of record, Andy A. Miri, hereby stipulate as follows.

    1.    Defendant was arrested for a violation of 8 U.S.C. § 1324(a)(1)(A)(iii) on June 8, 2025, and made his initial appearance in this Court on June 11, 2025.  The Court ordered defendant released on an appearance bond and set a post-indictment arraignment for July 10, 2025.

2. Defendant waived his right to a preliminary hearing at the initial appearance (ECF 7).

3. The Speedy Trial Act of 1974, 18 U.S.C. § 3161(b), originally required an information or indictment to be filed within 30 days of defendant's arrest, that is, on or before July 8, 2025.

4. By this stipulation, defendant hereby waives his rights under 18 U.S.C. § 3161(b) and moves to continue the date by which an information or indictment must be filed from July 8, 2025, to September 8, 2025, and further for a continuance of the post-indictment arraignment from July 10, 2025, to September 10, 2025.

5. The parties further agree and stipulate, and request that the Court find the following:

    a. The ends of justice outweigh the interest of the public and defendant in the filing of an information or indictment within the original date prescribed by the Speedy Trial Act because:

        i. The parties have discussed and continue to discuss a pretrial, pre-indictment resolution to this case;

        ii. Defendant and his counsel require additional time to consider a plea offer prior to or concurrent with the filing of an information or indictment in this case; and

        iii. Defendant and his counsel require additional time for defense counsel to conduct and complete an independent investigation of the case, advise defendant, and prepare for trial if a pretrial, pre-indictment resolution does not occur.

6. Based on the foregoing, the parties request that the Court find that for the purpose of computing the time under the Speedy Trial Act within which an information or indictment must be filed, the time period of July 8, 2025, to September 8, 2025, inclusive, is

deemed excludable pursuant to 18 U.S.C. § 3161(h) because the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a filing of an information or indictment within the period specified in 18 U.S.C. § 3161(b).

7. The parties agree, stipulate, and request that the Court find that nothing in this stipulation and proposed order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which an information or indictment must be filed.

IT IS SO STIPULATED.

Dated: June 26, 2025

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

/s/ *John D. Ellis*
JOHN D. ELLIS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: June 26, 2025

/s/ *Andy A. Miri*
ANDY A. MIRI*
Attorney for Defendant
ALBERTO SANDOVAL-ALVARADO

* Pursuant to Local Rule 5-4.3.4(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.