FILED
CLERK, U.S. DISTRICT COURT

09/03/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____jm_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ALBERTO SANDOVAL-ALVARADO,<br><br>　　　　Defendant. | Case No. 2:25-mj-3547-DUTY<br><br>[~~PROPOSED~~] ORDER CONTINUING DATE TO FILE INDICTMENT OR INFORMATION AND POST-INDICTMENT ARRAIGNMENT, AND (2) FINDINGS RE EXCLUDABLE TIME PERIOD PURSUANT TO SPEEDY TRIAL ACT |

　　　The Court has read and considered the Stipulation Regarding Continuance of Date to File Indictment or Information and of Post-Indictment Arraignment and Findings re Excludable Time filed by the parties in this matter on September 3, 2025.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the deadline to file an indictment or information and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

　　　The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in the return of an indictment or filing of an information within the period currently required by the Speedy Trial Act; (ii)

failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date that any indictment or information in this matter must be filed pursuant to 18 U.S.C. § 3161(b) is continued from September 8, 2025 to November 7, 2025. The post-indictment / information arraignment is continued from September 10, 2025 to November 12, 2025 at 11:30 a.m. before the duty magistrate judge.

2. The time period of September 8, 2025 to November 7, 2025, inclusive, is excluded in computing the time within which an indictment or information must be filed, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which an indictment or information must be filed.

IT IS SO ORDERED.

09/03/2025
DATE

HONORABLE MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE